IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:20-CR-382 |
| | § | Judge Jordan |
| MAAZ AZIZ (103) | § | |

## NOTICE OF PLEA

The United States of America would show the Court that the defendant, **Maaz Aziz**, and the government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

BRIT FEATHERSTON
United States Attorney

\_\_\_/s/_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on February 23, 2023.

\_\_\_/s/_____
ERNEST GONZALEZ