IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case No. 4:20CR00382 |
| | § | |
| MAAZ AZIZ (103) | § | |
| SAAD AZIZ (104) | § | |

## ORDER

CAME ON this day for consideration, the government's Motion to Authorize Clerk to Accept Prejudgment Payments.  The Court having considered the same is of the opinion that the motion should be GRANTED. Pursuant to the *Guide to Judiciary Policy*, Volume 13: Finance and Budget, Chapter 8: Criminal Debt § 825.15.15, and 28 U.S.C. § 2041, it is hereby ordered that the Clerk's office is authorized to receive criminal debt funds before the Court's judgments are issued or docketed if Defendants make a payment towards an anticipated special assessment, restitution, fine, or other monetary penalty.

IT IS FURTHER ORDERED that the Clerk is authorized to withdraw and apply such funds to the criminal monetary penalties imposed against the Defendants upon entry of their judgments pursuant to 28 U.S.C. § 2042.

**So ORDERED and SIGNED this 8th day of June, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE