IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20-CR-382 SDJ/KPJ |
| MAAZ AZIZ (103) | § § § § | Judge Jordan |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that JACLYN CARR with the law firm of Wilson, Robertson & Cornelius, P.C., hereby appears as counsel for TEXAS BANK and TRUST, a party in interest in the above-styled cause, and pursuant to 18 U.S.C. 982, JACLYN CARR requests that all notices given or required to be given in this case be given to and served upon said counsel at the following address:

        Jaclyn Carr
        Wilson, Robertson & Cornelius, P.C.
        909 ESE Loop 323
        Suite 400
        Tyler, Texas 75701

        Respectfully submitted,

        WILSON, ROBERTSON & CORNELIUS, P.C.
        909 ESE Loop 323, Suite 400
        Tyler, TX 75701
        Telephone: (903) 509-5000
        Facsimile: (903) 509-5091
        E-mail: jcarr@wilsonlawfirm.com

        BY:    */s/ Jaclyn Carr*
                  JACLYN CARR
                  State Bar No. 24093776

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document shall be served via electronic means, if available, otherwise by regular, first class U.S. mail, postage prepaid, to all parties receiving electronic notices pursuant to the Court's CM/ECF system on July 11, 2023.

                                              */s/ Jaclyn Carr*
                                              JACLYN CARR